**Opinion issued March 14, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00063-CV

———————————

## IN RE HOLLANDIA B.V. A/K/A BAILEY TECHNOGROUP STEEL & CRANES, B.V., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION[1]

By petition for writ of mandamus, Hollandia B.V. a/k/a Bailey Technogroup Steel & Cranes, B.V. asked this Court to compel the trial court to conduct a hearing and rule on Hollandia's special appearance. Hollandia has informed the Court that, during the pendency of this original proceeding, the trial court granted

---

[1] The underlying case is *Vinson v. GlobalSantaFe Corp. et al.*, No. 2005-34664 in the 152 District Court of Harris County, Texas, the Honorable Robert Schaffer presiding.

the special appearance and dismissed the case against Hollandia with prejudice. Accordingly, Hollandia's complaints regarding the trial court's failure to act are moot, and we dismiss the petition.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Brown.